IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No.  93-CR-80-Z

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VANESSA CANNON,

    Defendant.

_____

ORDER
_____

The matter before the Court is Defendant's letter filed April 3, 2007, "Re: Motion for early release from Probation" (Doc. 8), which will be treated as a Motion For Early Termination Of Supervised Release.  After careful consideration of the motion, the seriousness of the crime, and after examining the thoughtful and detailed recommendations by the Probation Officer and Supervising Probation Officer, it is

ORDERED that Defendant's Motion For Early Termination Of Supervised Release is denied.

DATED at Denver, Colorado, this   24   day of April, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court